**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Sunoutia Williams  OW1652
(Name of Plaintiff)   (Inmate Number)

P.O Box 180 Muncy PA 17756
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

_____
(Case Number)

vs.

(1) Superintendant Robert Smith
(2) Correct Care Solutions
(3) C.O Donnarumma, C.O. Marks, Frey
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

FILED
SCRANTON
DEC 1 8 2017
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____

   _____

   _____

   _____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

1. What steps did you take? Made complaint was found as Frivolous

2. What was the result? was found as Frivolous

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Superintendant Robert Smith
Employed as Superintendant at SCI Muncy
Mailing address: P.O Box 180 Muncy PA 17756
(2) Name of second defendant: Correct Care Solutions
Employed as Medical at SCI Muncy
Mailing address: P.O Box 180 Muncy PA 17756
(3) Name of third defendant: C.O Danwarowka C.O Starks
Employed as Correctional Officer at SCI Muncy
Mailing address: P.O Box 180 Muncy PA 17756

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Superintendant Smith Because I got sexually assulted in his prison. I tried to report it to my officer they did nothing. So I stop Lt Brittan on the walk and I asked her can she listen

2

in my room so that it won't be unfounded she said she didn't have to

2. they made me take pictures in my underclothes only to find my prea case unfounded. Correct Care Solutions because they neglect all of my medical needs. My colon is full of stool I can die from this and they refuse to do anything about it. Fell in the kitchen have lumps in my body

3. but they do nothing about it. C.O Donnaromma and co Starks because they harrass me and lied on misconducts to make my write up go to the hearing examiner and then them charges was dropped and I end up spending time in the rhu for informents. Suffer from PTSD Because of them. Hippo law was violated as well

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Protect me from retaliation and Pay me for my pain and suffering and help me put my case together against this prison. and get me the medical attention that I need. Please

2. Violations of the 8th and 14th Amendments, Deliberate indifference and medical neglect, I seek compensatory, declaratory and punitive damages and attorneys fees and court costs in the form of 600.00 and pain and suffering to be determined by the court

3. 

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_\_11th\_\_\_ day of \_\_\_December_____, 20\_17\_.

_____Synauela Williams_____
(Signature of Plaintiff)

# Syuoquita Williams
# OW1652
P.O Box 180
Muncy PA 17756

RECEIVED
SCRANTON
DEC 18 2017
PER_____
DEPUTY C

