# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNQUILA WILLIAMS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Civil No. 1:17-cv-2323 |
| v. ) | |
| ) | Judge John E. Jones III |
| ROBERT SMITH, et al., ) | |
| ) | |
| *Defendants.* ) | |

## **ORDER OF COURT**

AND NOW, to-wit, this 3rd day of April, 2020, upon consideration of the Plaintiff's Concurred in Motion For an Extension of Time and good cause appearing therefore, IT IS HEREBY ORDERED that the Motion (Doc. 65) is **GRANTED** and the deadline to complete discovery be extended 90 days, or until June 30, 2020, and that all further deadlines be likewise extended.

BY THE COURT

s/ John E. Jones III
U.S. District Judge