# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNQUILA WILLIAMS, | : | CIVIL NO: 1:17-CV-02323 |
| Plaintiff, | : | |
| | : | (Judge Jones) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| CORRECT CARE SOLUTION, *et al.*, | : | |
| Defendants. | : | |

## ORDER
June 3, 2020

Following a telephone status conference and pursuant to discussions at that conference, **IT IS ORDERED** that counsel shall confer on the written discovery and file a joint letter stating what, if any, deficiencies exist on or before **June 15, 2020**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge