UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNQUILA WILLIAMS, | : | CIVIL NO.: 1:17-CV-02323 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| CORRECT CARE SOLUTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## SECOND AMENDED CASE MANAGEMENT ORDER
January 20, 2021

Following a telephonic status conference with counsel in this matter, and upon agreement of the same, **IT IS ORDERED** that the discovery and all other case management deadlines shall be extended by sixty (60) days and the following amended case management order is entered in this matter.

| | |
|---|---|
| Close of Fact Discovery: | **April 19, 2021** |
| Dispositive Motions and Supporting Briefs: | **June 21, 2021** |
| Expert Reports: Affirmative: | **May 17, 2021** |
| Responsive: | **June 21, 2021** |
| Supplemental: | **July 2, 2021** |
| All Pretrial and Pretrial Deadlines: | **To Be Determined** |

**IT IS ALSO ORDERED** that a telephonic status conference is scheduled for **March 24, 2021 at 10:00 a.m.**  Counsel for plaintiff shall initiate the call by calling Chambers at (717) 221-3980, after all parties are on the line.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge